**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| JOSEPH K. MURPHY ) <br> AS THE CUSTODIAN OF HIS IRA, ) <br> ) <br>    Petitioner/Arbitration Claimant, ) <br> ) <br> v. ) <br> ) <br> ) <br> CAPWEST SECURITIES, INC., ) <br> ) <br>    Respondent/Arbitration Respondent. ) | No. 1:13-cv-01208 |

## ORDER FOR JUDGMENT

The Court having considered Petitioner's Application for Confirmation of Arbitration Award and for Entry of Judgment [Docket #1] and Petitioner's Motion for Entry of Judgment[Docket #6],

IT IS HEREBY ORDERED AND ADJUDGED THAT the Petitioner's Motion for Entry of Judgment is hereby GRANTED; Petitioner's Petition to Confirm Arbitration Award and for Entry of Judgment is hereby GRANTED. Judgment is entered in favor of the petitioner Joseph K. Murphy and against Respondent Capwest Securities, Inc. in the amount of $372,972.64.

Dated: July 12, 2013

BY THE COURT:

_____

R. Brooke Jackson

U.S. District Court Judge